# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

MARIO SANDERS,

    Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS INC.,

    Defendant.

Case No. 3:18-cv-00111-JPG-DGW

## **MEMORANDUM AND ORDER**

**J. PHIL GILBERT, DISTRICT JUDGE**

    The parties have filed a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). (ECF No. 16.) That rule allows a plaintiff to dismiss an action by filing a stipulation of dismissal signed by all parties who have appeared. Because the parties have met the requirements of that rule, the Court **FINDS** that this case is **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

**DATED: OCTOBER 11, 2018**

                                       *s/ J. Phil Gilbert*
                                       **J. PHIL GILBERT**
                                       **DISTRICT JUDGE**